**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 0:20-mc-62437-WPD

NATIONWIDE JUDGMENT RECOVERY,
INC.,

 Plaintiff,

v.

RACHEL ELISTIN,

 Defendant,

v.

BROWARD COUNTY SCHOOLS,

 Garnishee.

_____/

## <u>ORDER ADOPTING REPORT OF MAGISTRATE JUDGE</u>

THIS CAUSE is before the Court on Defendant Rachel Elistin's Claim of Exemption and

Request for Hearing ("Claim of Exemption") [DE 52] and the Report and Recommendation of

Magistrate Judge Augutin-Birch [DE 58] (the "Report"), dated March 9, 2023. The Court notes

that no objections to the Report [DE 58] have been filed, and the time for filing such objections

has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the

Report [DE 58] are hereby adopted and deemed incorporated into this opinion. *LoConte v.*

*Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v.*

*Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the

Report [DE 58] and record and is otherwise fully advised in the premises. The Court agrees with

the Magistrate Judge's reasoning and conclusion that Defendant Rachel Elistin's Claim of

Exemption [DE 52] should be denied.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.  The Report [DE 58] is hereby **ADOPTED** and **APPROVED**.

2.  Defendant Rachel Elistin's Claim of Exemption [DE 52] is **DENIED**.

3.  The Clerk is **DIRECTED** to mail a copy of this Order to the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 28th day of March, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

Rachel Elistin
2131 SW 106th Avenue
Miramar, FL 33025